# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ellen Stoody-Broser, a California resident, on behalf of herself and all others similarly situated<br><br>V.<br><br>1) Bank of America, N.A.; 2) Bank of America Corporation | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: |



TO: (Name and address of defendant)

(1) Bank of America National Association, 101 South Tryon Street, Charlotte, NC 28255 (Agent for Service of Process: CT Corporation System, 818 West Seventh Street, Los Angeles, CA 90017).

(2) Bank of America Corporation, 101 South Tryon Street, Charlotte, NC 28255 (Agent for Service of Process: CT Corporation System, 818 West Seventh Street, Los Angeles, CA 90017).

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Derek G. Howard
dhoward@murrayhowardlaw.com
Gilmur R. Murray
gmurray@murrayhowardlaw.com
Scott J. Yundt
syundt@murrayhowardlaw.com
Murray & Howard, LLP
436 14th Street, Suite 1413
Oakland, CA 94612

Joseph W. Cotchett
jcotchett@cpmlegal.com
Niall P. McCarthy
nmccarthy@cpmlegal.com
Laura Schlichtmann
lschlichtmann@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, California 94010

an answer to the complaint which is herewith served upon you, within 2 0 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE May 29, 2008

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

**COPY**