David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Mary J. Hackett (*Pro Hac Vice Pending*)
Email: mhackett@reedsmith.com
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Telephone:   (412) 288-3131
Facsimile:    (412) 288-3063

Attorneys for Defendants
BANK OF AMERICA, N.A., and
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No.: 08-CV-2705-JSW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Complt. Filed:   May 29, 2008<br>Trial Date:       None<br><br>***Hon. Jeffrey S. White*** |

**STIPULATION**

WHEREAS, defendants Bank of America, N.A., and Bank of America Corporation ("Defendants") have been served with the summons and complaint in this action; and

WHEREAS, the deadline for Defendants to respond to the complaint is June 23, 2008; and

WHEREAS, Plaintiff agrees to grant Defendants a thirty (30) day extension of time to file their response to the Complaint:

IT IS THEREFORE STIPULATED between Plaintiff and Defendants, by and through their undersigned counsel of record, that Defendants' responsive pleading in this action will be deemed timely if filed and served on or before July 23, 2008.

**SO STIPULATED:**

DATED:  June 25, 2008          REED SMITH LLP

                               By    /s/
                                  David S. Reidy
                                  Attorneys for Defendants
                                  BANK OF AMERICA, N.A., and
                                  BANK OF AMERICA CORPORATION

DATED:  June 25, 2008          MURRAY & HOWARD LLP

                               By    /s/
                                  Derek G. Howard
                                  Attorneys for Plaintiff
                                  ELLEN STOODY-BROSER