06/17/2008  10:56    2133836772                          IAS                                      PAGE  01/02

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT J. YUNDT, ESQ. (242595)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California 94612 | (510) 444-2660 | |
| Attorneys for: ELLEN STOODY-BROSER | Ref. No. Or File No.<br>W2497567 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ELLEN STOODY-BROSER

Defendant:
BANK OF AMERICA, N.A.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-2705 JSW |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Complaint;Civil Cover Sheet, Summons;Order Setting Initial Case Management Conference and ADR Deadlines;Handout: Welcome to the U.S. District Court, San Francisco;Handout: Drop Box Filing Procedures;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;Notice of Lawsuit and Request for Waiver of Service of Summons; and U.S. District Court Northern California: ECF Registration Information Handout

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : BANK OF AMERICA, N.A.

By Serving        : JUAN DE PABLO, Authorized to Accept Service of Process.

Address           : 818 West 7th Street , Los Angeles, California 90017
Date & Time       : Monday, June 2, 2008 @ 2:45 p.m.
Witness fees were : Not applicable.

Person serving:                           a. Fee for service:
B. Anderson                               d. Registered California Process Server
Wheels of Justice, Inc.                      (1) Employee or independent contractor
657 Mission Street, Suite 502                (2) Registration No.: 3991
San Francisco, California 94105              (3) County: Los Angeles
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 4, 2008                        Signature: _____
                                                          B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT J. YUNDT, ESQ. (242595)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California 94612 | (510) 444-2660 | |
| | Ref. No. Or File No.<br>W2497567 | |
| Attorneys for: ELLEN STOODY-BROSER | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ELLEN STOODY-BROSER

Defendant:
BANK OF AMERICA, N.A.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-2705 JSW |
|---|---|---|---|---|

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Complaint;Civil Cover Sheet, Summons;Order Setting Initial Case Management Conference and ADR Deadlines;Handout: Welcome to the U.S. District Court, San Francisco;Handout: Drop Box Filing Procedures;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;Notice of Lawsuit and Request for Waiver of Service of Summons; and U.S. District Court Northern California: ECF Registration Information Handout

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : BANK OF AMERICA CORPORATION

By Serving         : JUAN DE PABLO, Authorized to Accept Service of Process.

Address            : 818 West 7th Street, Los Angeles, California 90017
Date & Time        : Monday, June 2, 2008 @ 2:45 p.m.
Witness fees were  : Not applicable.

Person serving:
B. Anderson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 4, 2008                       Signature: _____
                                                    B. Anderson

Printed on recycled paper