UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>             Defendants. | Case No.: 08-CV-2705-JSW<br><br>**[PROPOSED] ORDER FOR ADMISSION OF ATTORNEY MARY J. HACKETT PRO HAC VICE** |

Mary J. Hackett, an active member in good standing of the bar of the Commonwealth of Pennsylvania, whose business address and telephone number is Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, Pennsylvania 15219, telephone (412) 288-3250, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Bank of America, N.A. and Bank of America Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____.

 

JEFFREY S. WHITE
United States District Court