Gilmur R. Murray (SBN 111856)
gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082)
dhoward@murrayhowardlaw.com
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone: (510) 444-2660
Facsimile: (510) 444-2522

Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Laura Schlichtmann (SBN 169699)
lschlichtmann@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BANK OF AMERICA CORPORATION<br><br>Defendants. | Case No. 08-2705 JSW<br><br>**PLAINTIFF ELLEN STOODY-BROSER'S CERTIFICATION OF INTERESTED ENTITIES**<br><br>The Honorable Jeffery S. White |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 8, 2008

**MURRAY & HOWARD, LLP**

**COTCHETT, PITRE & MCCARTHY**

By: /s/Gilmur R. Murray
Gilmur R. Murray

Gilmur R. Murray
Derek G. Howard
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone: (510) 444-2660
Facsimile: (510) 444-2522

Joseph W. Cotchett
Niall P. McCarthy
Laura Schlichtmann
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**CERTIFICATE OF SERVICE:**

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is MURRAY & HOWARD LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**PLAINTIFF ELLEN STOODY-BROSER'S CERTIFICATION OF INTERESTED ENTITIES**

_XX_ **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at Oakland, California.

_XX_ **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on July 8, 2008 at Oakland, California.

/s/ Amanda L. Arnall____
Amanda L. Arnall

## *Mailing Information for a Case 3:08-cv-02705-JSW*

***Electronic Mail Notice List*:**

**Joseph W. Cotchett**
jcotchett@cpmlegal.com

**Derek G. Howard**
dhoward@murrayhowardlaw.com, gmurray@murrayhowardlaw.com, aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com

**Niall Padraic McCarthy**
nmccarthy@cpmlegal.com, dkelley@cpmlegal.com, lschlichtmann@cpmlegal.com, jberger@cpmlegal.com, amurphy@cpmlegal.com, lchampion@cpmlegal.com, imartinez@cpmlegal.com, mbrown@cpmlegal.com

**Gilmur Roderick Murray**
gmurray@murrayhowardlaw.com, dhoward@murrayhowardlaw.com, aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com

**David S. Reidy**
dreidy@reedsmith.com, vfedoroff@reedsmith.com, lvkampa@reedsmith.com

**Laura Elizabeth Schlichtmann**
lschlichtmann@cpmlegal.com, mbrown@cpmlegal.com

***Via First Class, U.S. Mail:***

**Mary J. Hackett**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**Sharon L. Rusnak**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219