1  James C. Martin (SBN 83719)
   jcmartin@reedsmith.com
2  Mary J. Hackett (*appearing pro hac vice*)
   mhackett@reedsmith.com
3  Sharon L. Rusnak (*appearing pro hac vice*)
   srusnak@reedsmith.com
4  David. J. Bird (*pro hac vice application pending*)
5  dbird@reedsmith.com
6  REED SMITH LLP
   435 Sixth Avenue
7  Pittsburgh, PA  15219-1886
   Telephone:    (412) 288-3131
8  Facsimile:    (412) 288-3063

9  David S. Reidy (SBN 225904)
10 dreidy@reedsmith.com
   REED SMITH LLP
11 Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
12 Telephone:    (415) 543-8700
13 Facsimile:    (415) 391-8269

14 Attorneys for Defendants
   Bank of America, N.A. and
15 Bank of America Corporation

16

17 **IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>    *Defendants*. | Case No. CV 08 2705 JSW<br><br>UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION TO DISMISS; [PROPOSED] ORDER<br><br>Date:    October 31, 2008<br>Time:    9:00 a.m.<br>Place:    Courtroom 2, 17th Floor<br><br>Compl. Filed: March 29, 2008<br>Trial Date:   None<br><br>*Honorable Jeffrey S. White* |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Civil Local Rule 7-11, defendants Bank of America, N.A., and Bank of America Corporation ("Defendants") hereby move this Court for leave to file a Memorandum of Points and Authorities of 17 pages in length, in support of their Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Court's Standing Order states that such briefs shall not exceed 15 pages in length.

Defendants respectfully submit that good cause exists to allow an over-length brief under these circumstances. Defendants' Motion to Dismiss involves an important issue of federal law that requires this Court to conduct a multi-stage analysis. Moreover, at least six other federal courts have recently addressed the issues presented in Defendants' Motion to Dismiss, and Defendants include those courts' reasoning on the issues for the benefit of this Court's analysis. Defendants have also endeavored in their memorandum to provide ample headings and spacing so that the memorandum is visually clear and easy to read. Finally, Plaintiff has represented that she does not oppose this request for leave to file an over-length brief, and this administrative motion is therefore unopposed.

For the foregoing reasons, Defendants respectfully request that this Court grant Defendants leave to file a Memorandum of Points and Authorities of 17 pages in length in support of their Motion to Dismiss.

Respectfully submitted,

DATED: July 23, 2008        REED SMITH LLP

By /s/_____
David S. Reidy
Attorneys for Defendants
Bank of America, N.A., and
Bank of America Corp.

**SO ORDERED:**

DATED: _____

_____
JEFFREY S. WHITE
United States District Court