James C. Martin (SBN 83719)
jcmartin@reedsmith.com
Mary J. Hackett (*appearing pro hac vice*)
mhackett@reedsmith.com
Sharon L. Rusnak (*appearing pro hac vice*)
srusnak@reedsmith.com
David. J. Bird (*pro hac vice application
pending*)
dbird@reedsmith.com
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886
Telephone:     (412) 288-3131
Facsimile:      (412) 288-3063

David S. Reidy (SBN 225904)
dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     (415) 543-8700
Facsimile:      (415) 391-8269

Attorneys for Defendants
Bank of America, N.A. and
Bank of America Corporation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) Case No. CV 08 2705 JSW |
| Plaintiff, | ) ) UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE |
| v. | ) ) OVERLENGTH BRIEF IN SUPPORT OF MOTION TO DISMISS; [PROPOSED] |
| BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION, | ) ) ORDER |
| Defendants. | ) ) Date:        October 31, 2008 |

Date:        October 31, 2008
Time:       9:00 a.m.
Place:       Courtroom 2, 17th Floor

Compl. Filed: March 29, 2008
Trial Date:    None

*Honorable Jeffrey S. White*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12522300.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 7-11, defendants Bank of America, N.A., and Bank of America Corporation ("Defendants") hereby move this Court for leave to file a Memorandum of Points and Authorities of 17 pages in length, in support of their Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  This Court's Standing Order states that such briefs shall not exceed 15 pages in length.

Defendants respectfully submit that good cause exists to allow an over-length brief under these circumstances.  Defendants' Motion to Dismiss involves an important issue of federal law that requires this Court to conduct a multi-stage analysis.  Moreover, at least six other federal courts have recently addressed the issues presented in Defendants' Motion to Dismiss, and Defendants include those courts' reasoning on the issues for the benefit of this Court's analysis.  Defendants have also endeavored in their memorandum to provide ample headings and spacing so that the memorandum is visually clear and easy to read.  Finally, Plaintiff has represented that she does not oppose this request for leave to file an over-length brief, and this administrative motion is therefore unopposed.

For the foregoing reasons, Defendants respectfully request that this Court grant Defendants leave to file a Memorandum of Points and Authorities of 17 pages in length in support of their Motion to Dismiss.

Respectfully submitted,

DATED:  July 23, 2008          REED SMITH LLP


By /s/_____
        David S. Reidy
        Attorneys for Defendants
        Bank of America, N.A., and
        Bank of America Corp.


**SO ORDERED:**

DATED:  July 24, 2008

_____
JEFFREY S. WHITE
United States District Court