**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, | |
| Plaintiff, | No. C 08-02705 JSW |
| v. | |
| BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION, | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| Defendants. | |

This matter is set for a hearing on October 31, 2008 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 7, 2008 and a reply brief shall be filed by no later than August 14, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 24, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE