David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

James C. Martin (SBN 83719)
Mary J. Hackett (*Appearing Pro Hac Vice*)
Sharon L. Rusnak (*Appearing Pro Hac Vice*)
Email: mhackett@reedsmith.com; srusnak@reedmith.com
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone:  +1 412 288 3131
Facsimile:  +1 412 288 3063

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>Defendants. | No.: 08-CV-2705-JSW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY DAVID J. BIRD PRO HAC VICE** |

1    Pursuant to Civil L.R. 11-3, David J. Bird, an active member in good standing of the bar of
2    the Commonwealth of Pennsylvania and admitted to the United States District Court for the Western
3    District of Pennsylvania, hereby applies for admission to practice in the Northern District of
4    California on a *pro hac vice* basis representing Bank of America, N.A. and Bank of America
5    Corporation in the above-entitled action.

7    In support of this application, I certify on oath that:

9    1.    I am an active member in good standing of a United States Court and of the highest
10   court of the Commonwealth of Pennsylvania, as indicated above;

12   2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
13   Rule 11-4, and agree to become familiar with the Local Rules and the Alternative Dispute
14   Resolution programs of this Court; and

16   3.    An attorney who is a member of the bar of this Court in good standing and who
17   maintains an office within the State of California has been designated as co-counsel in the above-
18   entitled action. The name, address and telephone number of that attorney is: David S. Reidy, Reed
19   Smith LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111, (415) 543-8700.

21   I declare under penalty of perjury that the foregoing is true and correct.

23   DATED: June 23, 2008.

                                        _____
                                        David J. Bird

- 2 -

No.: 08-CV-2705-JSW

APPLICATION FOR ADMISSION OF ATTORNEY DAVID J. BIRD PRO HAC VICE