

August 1, 2008

**_Via ECF and Overnight Delivery:_**
Hon. Jeffrey S. White
United States District Court
Phillip Burton United States Courthouse
Courtroom 2, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Stoody-Broser v. Bank of America N.A. and Bank of America Corporation*
           Case No. C08-2705-JSW

Dear Judge White:

    The parties have signed a stipulation modifying the briefing schedule on the Motion to Dismiss set for hearing on October 31, 2008. Under your July 24, 2008 "Order Setting Briefing Schedule on Motion to Dismiss" (Docket No. 19), the Court set an August 7, 2008 due date for Plaintiff's opposition to the Motion to Dismiss. Plaintiff's counsel requires additional time for briefing and the parties have agreed upon a new briefing schedule.

    Accordingly we enclose:

1. Stipulation Regarding Modification of Briefing Schedule on Defendants' Motion to Dismiss and
2. [Proposed] Order Granting Stipulation Regarding Modification of Briefing Schedule on Defendants' Motion to Dismiss.

    Thank you in advance for your attention to this matter.

                            Very Truly Yours,

                            Derek G. Howard
                            *Attorneys for Plaintiff and the Class*

436 14th Street, Suite 1413   Oakland, CA 94612   T 510.444.2660   F 510.444.2522   www.murrayandhoward.com

1  Gilmur R. Murray (SBN 111856)
2  gmurray@murrayhowardlaw.com
   Derek G. Howard (SBN 118082)
3  dhoward@murrayhowardlaw.com
   Scott J. Yundt (SBN 242595)
4  syundt@murrayhowardlaw.com
   **MURRAY & HOWARD, LLP**
5  436 14th Street, Suite 1413
   Oakland, California 94612
6  Telephone:   (510) 444-2660
7  Facsimile:   (510) 444-2522

8
   Joseph W. Cotchett (SBN 36324)
9  jcotchett@cpmlegal.com
   Niall P. McCarthy (SBN 160175)
10 nmccarthy@cpmlegal.com
   Laura Schlichtmann (SBN 169699)
11 lschlichtmann@cpmlegal.com
12 **COTCHETT, PITRE & MCCARTHY**
   840 Malcolm Road, Suite 200
13 Burlingame, California 94010
   Telephone:   (650) 697-6000
14 Facsimile:   (650) 697-0577
15
   *Attorneys for Plaintiff and the Class*
16

17
                        **UNITED STATES DISTRICT COURT**
18
                        **NORTHERN DISTRICT OF CALIFORNIA**
19

20

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BANK OF AMERICA CORPORATION<br><br>Defendants. | Case No. C 08-02705<br><br>**STIPULATION REGARDING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

STIPULATION REGARDING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 08-02705

1  WHEREAS, the parties have previously stipulated to a 30 day extension for Defendants to respond to Plaintiff's Complaint.

WHEREAS, Defendants' Motion to Dismiss Plaintiff's Complaint was filed on July 23, 2008;

WHEREAS, Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint is currently set to be filed on August 7, 2008;

WHEREAS, Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint is currently set to be filed on August 14, 2008.

WHEREAS, the hearing on Defendants' Motion to Dismiss Plaintiff's Complaint is set to be heard on October 31, 2008 at 9:00a.m.;

NOW THEREFORE, pursuant to Civil Local Rule 6-2, it is hereby stipulated by the undersigned counsel on behalf of the Parties identified below, and subject to the Court's approval, that due to a need by Plaintiffs' Counsel for additional time to respond to the Defendants' Motion to Dismiss the Complaint, the deadline for filing Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint will be extended from August 7, 2008 to September 5, 2008.  The deadline for filing Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint will be extended to October 3, 2008.  This schedule will still allow the Court 28 days to review the matter after final briefing, as the hearing on Defendants' Motion to Dismiss will remain as calendared on October 31, 2008 at 9:00a.m.

IT IS SO STIPULATED:

Dated:  August 1, 2008          MURRAY & HOWARD, LLP

                                /s/_____
                                DEREK G. HOWARD
                                *Attorneys for Plaintiff and the Class*

Dated:  August 1, 2008          REED SMITH, LLP

                                /s/_____
                                DAVID S. REIDY
                                *Attorneys for Defendant Bank of America N.A. and Bank of America Corporation*

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

STIPULATION REGARDING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

CASE NO. 08-02705

1  Gilmur R. Murray (SBN 111856)
2  gmurray@murrayhowardlaw.com
   Derek G. Howard (SBN 118082)
3  dhoward@murrayhowardlaw.com
   Scott J. Yundt (SBN 242595)
4  syundt@murrayhowardlaw.com
   **MURRAY & HOWARD, LLP**
5  436 14th Street, Suite 1413
   Oakland, California 94612
6  Telephone:   (510) 444-2660
   Facsimile:   (510) 444-2522
7

8
   Joseph W. Cotchett (SBN 36324)
9  jcotchett@cpmlegal.com
   Niall P. McCarthy (SBN 160175)
10 nmccarthy@cpmlegal.com
   Laura Schlichtmann (SBN 169699)
11 lschlichtmann@cpmlegal.com
12 **COTCHETT, PITRE & MCCARTHY**
   840 Malcolm Road, Suite 200
13 Burlingame, California 94010
   Telephone:   (650) 697-6000
14 Facsimile:   (650) 697-0577
15
   *Attorneys for Plaintiff and the Class*
16

17
                    **UNITED STATES DISTRICT COURT**
18
                    **NORTHERN DISTRICT OF CALIFORNIA**
19

20

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BANK OF AMERICA CORPORATION<br><br>Defendants. | Case No. C 08-02705<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

1  The Court having reviewed the parties' Stipulation Regarding Modification of Briefing
2  Schedule on Defendants' Motion to Dismiss; and having found good cause shown, IT IS SO
3  ORDERED as follows:
4  (1) The deadline for filing Plaintiffs' Opposition to Defendants' Motion to Dismiss
5  Plaintiff's Complaint is extended to September 5, 2008.
6  (2) The deadline for filing Defendants' Reply Memorandum in Support of Defendants'
7  Motion to Dismiss Plaintiff's Complaint is extended due on October 3, 2008.
8  (3) The hearing on Defendants' Motion to Dismiss Plaintiff's Complaint will be heard on
9  October 31, 2008 at 9:00a.m.
10  **IT IS SO ORDERED**.

Dated:   August ____, 2008

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION REGARDING MODIFICATION OF BRIEFING SCHEDULE
ON DEFENDANTS' MOTION TO DISMISS

CASE NO. 08-02705

**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

| | |
|---|---|
| 1 | Gilmur R. Murray (SBN 111856) |
| 2 | gmurray@murrayhowardlaw.com |
|   | Derek G. Howard (SBN 118082) |
| 3 | dhoward@murrayhowardlaw.com |
|   | **MURRAY & HOWARD, LLP** |
| 4 | 436 14th Street, Suite 1413 |
|   | Oakland, California 94612 |
| 5 | Telephone:   (510) 444-2660 |
|   | Facsimile:    (510) 444-2522 |

Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Laura Schlichtmann (SBN 169699)
lschlichtmann@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 697-0577

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated, | Case No. 08-2705 JSW |
|   | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
|   | The Honorable Jeffery S. White |
| v. | |
| BANK OF AMERICA, N.A., and BANK OF AMERICA CORPORATION | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

-1-

**CERTIFICATE OF SERVICE:**

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is MURRAY & HOWARD LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**COVER LETTER TO THE HON. JEFFREY S. WHITE**

**STIPUALTION REGARDING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING STIPULAITON REGARDING MODIFICATIONON BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

 **XX** **U.S. Mail:** with First Class postage prepaid and deposited in a sealed envelope at Oakland, California.

**[SEE ATTACHED SERVICE LIST]**

 **XX** **Overnight Courier Service:** by sealing an envelope containing the aforementioned documents to be hand delivered via overnight courier service tot eh addressee(s) specified below:

**[SEE ATTACHED SERVICE LIST]**

 **XX** **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

**[SEE ATTACHED SERVICE LIST]**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 1, 2008 at Oakland, California.

                                            /s/ Amanda L. Arnall
                                            Amanda L. Arnall

1 | **SERVICE LIST:**

2 | *Mailing Information for a Case 3:08-cv-02705-JSW*

3 | *Via Federal Express Overnight Delivery*

**Courtesy Copy**

Hon. Jeffery S. White
United States District Court
Northern District of California
Courtroom 2, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

*Electronic Mail Notice List*:

- Joseph W. Cotchett
  jcotchett@cpmlegal.com

- Derek G. Howard
  dhoward@murrayhowardlaw.com, gmurray@murrayhowardlaw.com,
  aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com

- Niall Padraic McCarthy
  nmccarthy@cpmlegal.com, dkelley@cpmlegal.com, lschlichtmann@cpmlegal.com,
  jberger@cpmlegal.com, amurphy@cpmlegal.com, lchampion@cpmlegal.com,
  imartinez@cpmlegal.com, mbrown@cpmlegal.com

- Gilmur Roderick Murray
  gmurray@murrayhowardlaw.com, dhoward@murrayhowardlaw.com,
  aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com

- David S. Reidy
  dreidy@reedsmith.com, vfedoroff@reedsmith.com, lvkampa@reedsmith.com

- Laura Elizabeth Schlichtmann
  lschlichtmann@cpmlegal.com, mbrown@cpmlegal.com

*Via First Class, U.S. Mail*:

**Mary J. Hackett**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**Sharon L. Rusnak**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**CERTIFICATE OF SERVICE**

-3-