**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN STOODY-BROSER,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,

    Defendants.

No. C 08-02705 JSW

**ORDER DENYING STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS**

This matter is set for a hearing on October 31, 2008 on Defendants' motion to dismiss. On July 24, 2008, this Court issued an order setting out a briefing schedule. On August 1, 2008, the parties submitted a stipulation to alter the briefing schedule. However, the stipulation failed to demonstrate good cause for the requested modification. Therefore, the request is DENIED without prejudice to a showing of good cause. The opposition to the motion shall be filed by no later than August 7, 2008 and a reply brief shall be filed by no later than August 14, 2008.

**IT IS SO ORDERED.**

Dated: August 4, 2008

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE