1  James C. Martin (SBN 83719)
   jcmartin@reedsmith.com
2  Mary J. Hackett (*appearing pro hac vice*)
   mhackett@reedsmith.com
3  Sharon L. Rusnak (*appearing pro hac vice*)
   srusnak@reedsmith.com
4  David. J. Bird (*pro hac vice application pending*)
5  dbird@reedsmith.com
6  REED SMITH LLP
   435 Sixth Avenue
7  Pittsburgh, PA 15219-1886
   Telephone:  (412) 288-3131
8  Facsimile:  (412) 288-3063

9  David S. Reidy (SBN 225904)
10 dreidy@reedsmith.com
   REED SMITH LLP
11 Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111-3922
12 Telephone:  (415) 543-8700
   Facsimile:  (415) 391-8269
13

14 Attorneys for Defendants Bank of America,
   N.A. and Bank of America Corporation
15

E-Filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No. CV 08 2705 JSW<br><br>[~~PROPOSED~~] ORDER FOR ADMISSION OF ATTORNEY DAVID J. BIRD PRO HAC VICE<br><br>Date:   October 31, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 2, 17th Floor<br><br>Compl. Filed: March 29, 2008<br>Trial Date:   None<br><br>*Honorable Jeffrey S. White* |

**ORDER**

David J. Bird, an active member in good standing of the bar of the Commonwealth of Pennsylvania, whose business address and telephone number is Reed Smith LLP, 435 Sixth Avenue, Pittsburgh, Pennsylvania 15219, telephone (412) 288-3542, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Bank of America, N.A. and Bank of America Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: AUG 0 5 2008

_____
JEFFREY S. WHITE
United States District Court