Gilmur R. Murray (SBN 111856)
gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082)
dhoward@murrayhowardlaw.com
Scott J. Yundt (SBN 242595)
syundt@murrayhowardlaw.com
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone:   (510) 444-2660
Facsimile:   (510) 444-2522

Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Laura Schlichtmann (SBN 169699)
lschlichtmann@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BANK OF AMERICA CORPORATION<br><br>              Defendants. | Case No. C 08-02705<br><br>**RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF COUNSEL** |

RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO DISMISS; DECLARATION OF COUNSEL
CASE NO. 08-02705

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

1  WHEREAS, on August 4, 2008 the Court issued an Order Denying Stipulation to Modify Briefing Schedule on Motion to Dismiss (Docket No. 22), without prejudice to the parties renewing their stipulated request with a showing of good cause.

WHEREAS, the parties submit this Renewed Stipulation Requesting Modification of Briefing Schedule on Defendants' Motion to Dismiss ("Renewed Stipulation");

WHEREAS, the parties request the Court to grant the accompanying [Proposed] Order Regarding Stipulation Requesting Modification of Briefing Schedule on Defendants' Motion to Dismiss, for the reasons provided below and in the attached attorney declaration;

WHEREAS, after the filing of the Complaint, the parties entered into a Stipulation Extending Time For Defendants to Respond to Complaint (Docket No. 5). The Defendants were given an additional 30 days to respond to the complaint;

WHEREAS, Defendants' Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Memorandum of Points and Authorities in Support Thereof was filed on July 23, 2008, setting a hearing date of October 31, 2008 (Docket No. 14);

WHEREAS, by the Court's Order Setting Briefing Schedule on Motion to Dismiss filed July 24, 2008 (Docket No. 19), the Court ordered an opposition to the motion to be filed by no later than August 7, 2008, and a reply brief to be filed no later than August 14, 2008, but also provided that the parties could request modification of this schedule;

WHEREAS, the parties identified below and through their counsel believe good cause exists and offers the following supplemental information. The opposition brief is currently due more than 60 days prior to the hearing date set by the Court. While familiar with the subject area, and having put time in on the matter already, Plaintiffs' Counsel believes that a properly researched response would under normal circumstances justify a request for additional time in order to properly brief the matter;

WHEREAS, Plaintiffs' Counsel Niall P. McCarthy, who is the Lead Partner at the Cotchett Pitre McCarthy ("CPM") firm, is away all week on a long-planned family vacation;

WHEREAS, CPM's other partner on this case, Laura Schlichtmann, has prior conflicting

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF COUNSEL

CASE NO. 08-02705

commitments this week concerning unrelated matters, including among others preparing with co-counsel for a hearing in a nationwide consumer protection class action where her firm is co-lead plaintiffs' counsel, preparing initial disclosures in a different federal court action, and drafting the Rule 26(f) report in that second case for circulation to opposing counsel by mid-week for review and any changes, for filing on Monday;

WHEREAS, Ms. Schlichtmann will be out on the morning of Thursday, August 7, 2008 for a previously scheduled appointment involving a family member;

WHEREAS, partner Derek G. Howard at the Murray & Howard firm is actively engaged on pending matters throughout the week, including the drafting of a complaint seeking injunctive relief to be filed as soon as possible in a district court outside of California.

WHEREAS, Mr. Howard is actively working on a daily basis as a member of the ESI Working Group and assisting co-lead counsel in a variety of other matters in the MDL antitrust litigation before Judge Illston entitled *In Re TFT-LCD Antitrust Litigation*;

WHEREAS, Mr. Howard is also preparing a speech before the Society of American Archivists, for which his outline is due this week;

WHEREAS, Mr. Howard will be out of the office from August 6, 2008 through August 8, 2008 to drive his teenage daughter to a long-planned equestrian competition where she is a participant;

WHEREAS, the other Murray & Howard partner, Gilmur Murray, is also currently investigating and drafting the complaint mentioned above, and is also working on other time-sensitive matters in the *In Re TFT-LCD Antitrust Litigation*;

WHEREAS, Mr. Murray had planned to take a short vacation this month with his daughter, who returns to college in North Carolina later this month; and

WHEREAS, Defendants' Counsel David S. Reidy, a partner at the Reed Smith LLP law firm, is at trial on another matter, which is expected to last through this week, and most likely into the following week;

NOW THEREFORE, pursuant to Civil Local Rule 6-2, it is hereby stipulated by the

---

RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF COUNSEL

CASE NO. 08-02705

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

1  undersigned counsel on behalf of the parties identified below, and subject to the Court's approval,

2  that due to a need by Plaintiffs' Counsel for additional time to respond to the Defendants' Motion to

3  Dismiss the Complaint, the deadline for filing Plaintiffs' Opposition to Defendants' Motion to

4  Dismiss Plaintiff's Complaint will be extended from August 7, 2008 to September 5, 2008.  The

5  deadline for filing Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss

6  Plaintiff's Complaint will be extended from August 14, 2008 to October 3, 2008.  This schedule will

7  still allow the Court 28 days to review the matter after final briefing, as the hearing on Defendants'

8  Motion to Dismiss will remain as calendared on October 31, 2008.

9  **THE PARTIES SO STIPULATE, THROUGH THEIR RESPECTIVE COUNSEL,**

10 **AND REQUEST THE COURT'S APPROVAL OF THE ABOVE MODIFICATIONS TO**

11 **THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS.**

12  IT IS SO STIPULATED:

     Dated:   August 5, 2008            MURRAY & HOWARD, LLP

                                        _____/s/_____
                                        DEREK G. HOWARD
                                        *Attorneys for Plaintiff and the Class*

     Dated:  August 5, 2008             REED SMITH, LLP

                                        _____/s/_____
                                        DAVID S. REIDY
                                        *Attorneys for Defendant Bank of America N.A. and*
                                        *Bank of America Corporation*

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF COUNSEL

CASE NO. 08-02705

## DECLARATION OF DEREK G. HOWARD
## IN SUPPORT OF PARTIES' STIPULATION

I, Derek G. Howard, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and in this Court. I am a partner in the law firm Murray & Howard, LLP, and am one of the counsel of record for Plaintiffs in this litigation.

2. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify to them. I make this declaration in support of the parties' Renewed Stipulation Regarding Modification of Briefing Schedule on Defendants' Motion to Dismiss.

3. I am actively engaged in pending matters throughout the week, including the drafting of a complaint seeking injunctive relief to be filed as soon as possible in a district court outside of California. Additionally, I am actively working on a daily basis as a member of the ESI Working Group, and am assisting co-lead counsel in a variety of matters in the MDL antitrust litigation before Judge Illston entitled *In Re TFT-LCD Antitrust Litigation*.

4. I am also preparing a speech before the Society of American Archivists for which my outline is due this week.

5. I will be out of the office from August 6, 2008 through August 8, 2008 to drive my teenage daughter to a long-planned equestrian competition where she is a participant.

6. The other Murray & Howard partner, Gilmur Murray, is also currently investigating and drafting the complaint seeking injunctive relief to be filed as soon as possible in a district court outside of California, and is also working on other time-sensitive matters in the *In Re TFT-LCD Antitrust Litigation.*

7. Mr. Murray had planed to take a short vacation this month with his daughter, who returns to college in North Carolina later this month.

8. Plaintiffs' Counsel Niall McCarthy, who is the Lead Partner at the Cotchett Pitre McCarthy ("CPM") firm, is away all week on a long-planned family vacation;

RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF COUNSEL

CASE NO. 08-02705

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

9.   CPM's other partner on this case, Laura Schlichtmann, has prior conflicting commitments this week concerning unrelated matters, including among others preparing with co-counsel for a hearing in a nationwide consumer protection class action where her firm is co-lead plaintiffs' counsel, preparing initial disclosures in a different federal court action, and drafting the Rule 26(f) report in that second case for circulation to opposing counsel by mid-week for review and any changes, for filing on Monday.

10.   Ms. Schlichtmann will be out on the morning of Thursday, August 7, 2008 for a previously scheduled appointment involving a family member.

11.   Defendants' Counsel David S. Reidy, a partner at the Reed Smith LLP law firm, has advised that he is at trial on another matter, which is expected to last through this week, and most likely into the following week.

12.   The parties have agreed to extend the deadline for Plaintiff to file their Opposition to Defendants' Motion to Dismiss from August 7, 2008 to September 5, 2008.

13.   The parties have agreed to extend the deadline for Defendants to file their Reply Memorandum in Support of Defendants' Motion to Dismiss from August 14, 2008 to October 3, 2008.

14.   The parties have therefore agreed to request that the Court (1) extend the deadline for Plaintiff to file Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint from August 7, 2008 to September 5, 2008, and (2) extend the deadline for filing Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint from August 14, 2008 to October 3, 2008.

15.   The parties seek to move the filing deadlines in good faith, and not for the purposes of delay or for any improper purpose. No trial date has been set in this litigation. Further, the parties agree that no party will be prejudiced if this stipulated request is granted.

///
///
///
///

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF COUNSEL

CASE NO. 08-02705

16. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Oakland, California, on August 5, 2008.

                                       /s/

                                   Derek G. Howard

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF COUNSEL

CASE NO. 08-02705

1  Gilmur R. Murray (SBN 111856)
2  gmurray@murrayhowardlaw.com
   Derek G. Howard (SBN 118082)
3  dhoward@murrayhowardlaw.com
   Scott J. Yundt (SBN 242595)
4  syundt@murrayhowardlaw.com
   **MURRAY & HOWARD, LLP**
5  436 14th Street, Suite 1413
   Oakland, California 94612
6  Telephone:    (510) 444-2660
   Facsimile:    (510) 444-2522
7

8
   Joseph W. Cotchett (SBN 36324)
9  jcotchett@cpmlegal.com
   Niall P. McCarthy (SBN 160175)
10 nmccarthy@cpmlegal.com
   Laura Schlichtmann (SBN 169699)
11 lschlichtmann@cpmlegal.com
12 **COTCHETT, PITRE & MCCARTHY**
   840 Malcolm Road, Suite 200
13 Burlingame, California 94010
   Telephone:    (650) 697-6000
14 Facsimile:    (650) 697-0577
15
   *Attorneys for Plaintiff and the Class*
16

17
                          **UNITED STATES DISTRICT COURT**
18
                          **NORTHERN DISTRICT OF CALIFORNIA**
19

20

21  ELLEN STOODY-BROSER, an                    Case No. C 08-02705
    Individual, Individually and on Behalf of
22  All Others Similarly Situated,             **[PROPOSED] ORDER GRANTING
                                               RENEWED STIPULATION
23               Plaintiff,                    REQUESTING MODIFICATION OF
                                               BRIEFING SCHEDULE ON
24  v.                                         DEFENDANTS' MOTION TO DISMISS**

25
    BANK OF AMERICA, N.A., and BANK
26  OF AMERICA CORPORATION

27               Defendants.

28

**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

[PROPOSED] ORDER GRANTING RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING
SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 08-02705

1  The Court having reviewed the parties' Renewed Stipulation Requesting Modification of Briefing Schedule on Defendants' Motion to Dismiss; and having found good cause shown, IT IS SO ORDERED as follows:

(1) The deadline for filing Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint is extended to September 5, 2008.

(2) The deadline for filing Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint is extended due on October 3, 2008.

(3) The hearing on Defendants' Motion to Dismiss Plaintiff's Complaint will be heard on October 31, 2008.

**IT IS SO ORDERED**.


Dated:   August ____, 2008

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

CASE NO. 08-02705

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

1  Gilmur R. Murray (SBN 111856)
   gmurray@murrayhowardlaw.com
2  Derek G. Howard (SBN 118082)
   dhoward@murrayhowardlaw.com
3  **MURRAY & HOWARD, LLP**
   436 14th Street, Suite 1413
4  Oakland, California 94612
   Telephone:    (510) 444-2660
5  Facsimile:    (510) 444-2522

6  Joseph W. Cotchett (SBN 36324)
   jcotchett@cpmlegal.com
7  Niall P. McCarthy (SBN 160175)
   nmccarthy@cpmlegal.com
8  Laura Schlichtmann (SBN 169699)
   lschlichtmann@cpmlegal.com
9  **COTCHETT, PITRE & MCCARTHY**
   840 Malcolm Road, Suite 200
10 Burlingame, California 94010
   Telephone:    (650) 697-6000
11 Facsimile:    (650) 697-0577
12

13 *Attorneys for Plaintiff and the Class*

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

16

17
   ELLEN STOODY-BROSER, an              Case No. 08-2705 JSW
18 Individual, Individually and on Behalf of
   All Others Similarly Situated,       **CERTIFICATE OF SERVICE**
19
                   Plaintiff,            The Honorable Jeffery S. White
20
21      v.

22 BANK OF AMERICA, N.A., and
   BANK OF AMERICA CORPORATION
23
                   Defendants.
24

25

26

27

**CERTIFICATE OF SERVICE, Case No. 08-2705 JSW**

## CERTIFICATE OF SERVICE:

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is MURRAY & HOWARD LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; DECLARATION OF COUNSEL**

**[PROPOSED] ORDER GRANTING RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

**XX** **Overnight Courier Service**, by sealing an envelope containing the aforementioned documents to be hand delivered via overnight courier service to the addressee(s) specified below

**[SEE ATTACHED SERVICE LIST]**

**XX** **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at Oakland, California.

**[SEE ATTACHED SERVICE LIST]**

**XX** **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

**[SEE ATTACHED SERVICE LIST]**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 5, 2008

/s/ _____
Amanda L. Arnall

**CERTIFICATE OF SERVICE, Case No. 08-2705 JSW**

-1-

*Mailing Information for a Case 3:08-cv-02705-JSW*

*Via Federal Express Overnight Delivery:*

Chambers Copy:
Hon. Jeffery S. White
United States District Court
Northern District of California
Courtroom 2, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

*Electronic Mail Notice List*:

**Joseph W. Cotchett**
jcotchett@cpmlegal.com

**Derek G. Howard**
dhoward@murrayhowardlaw.com, gmurray@murrayhowardlaw.com,
aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com

**Niall Padraic McCarthy**
nmccarthy@cpmlegal.com, dkelley@cpmlegal.com, lschlichtmann@cpmlegal.com,
jberger@cpmlegal.com, amurphy@cpmlegal.com, lchampion@cpmlegal.com,
imartinez@cpmlegal.com, mbrown@cpmlegal.com

**Gilmur Roderick Murray**
gmurray@murrayhowardlaw.com, dhoward@murrayhowardlaw.com,
aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com

**David S. Reidy**
dreidy@reedsmith.com, vfedoroff@reedsmith.com, lvkampa@reedsmith.com

**Laura Elizabeth Schlichtmann**
lschlichtmann@cpmlegal.com, mbrown@cpmlegal.com

*Via First Class, U.S. Mail:*

**Mary J. Hackett**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**Sharon L. Rusnak**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**CERTIFICATE OF SERVICE, Case No. 08-2705 JSW**