Gilmur R. Murray (SBN 111856)
gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082)
dhoward@murrayhowardlaw.com
Scott J. Yundt (SBN 242595)
syundt@murrayhowardlaw.com
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone:   (510) 444-2660
Facsimile:    (510) 444-2522

Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Laura Schlichtmann (SBN 169699)
lschlichtmann@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 697-0577

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BANK OF AMERICA CORPORATION<br><br>Defendants. | Case No. C 08-02705<br><br>~~[PROPOSED]~~ **ORDER GRANTING RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

~~[PROPOSED]~~ ORDER GRANTING RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 08-02705

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

The Court having reviewed the parties' Renewed Stipulation Requesting Modification of Briefing Schedule on Defendants' Motion to Dismiss; and having found good cause shown, IT IS SO ORDERED as follows:

(1) The deadline for filing Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint is extended to September 5, 2008.

(2) The deadline for filing Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint is extended due on October 3, 2008.

(3) The hearing on Defendants' Motion to Dismiss Plaintiff's Complaint will be heard on October 31, 2008.

**IT IS SO ORDERED**.

Dated:    August  6 , 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

[PROPOSED] ORDER GRANTING RENEWED STIPULATION REQUESTING MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

CASE NO. 08-02705