UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                CASE NO.
    Plaintiff(s),

  v.           STIPULATION AND [PROPOSED]
              ORDER SELECTING ADR PROCESS

    Defendant(s).
_____/

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

  **Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**
    ☐ Private ADR (*please identify process and provider*) _____
_____

The parties agree to hold the ADR session by:
    ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    ☐ other requested deadline _____

Dated:_____           _____
                  Attorney for Plaintiff

Dated:_____           _____
                  Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated:_____                    _____
                                                                     UNITED STATES                    JUDGE

Gilmur R. Murray (SBN 111856)
gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082)
dhoward@murrayhowardlaw.com
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone:   (510) 444-2660
Facsimile:    (510) 444-2522

Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Laura Schlichtmann (SBN 169699)
lschlichtmann@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 697-0577

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BANK OF AMERICA CORPORATION<br><br>Defendants. | Case No. 08-2705 JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Jeffery S. White |

**CERTIFICATE OF SERVICE:**

    I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is MURRAY & HOWARD LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

  **XX**  **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at Oakland, California.

  **XX**  **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

    I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

    I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 22, 2008 at Oakland, California.

                                        /s/ Amanda L. Arnall
                                           Amanda L. Arnall

*Mailing Information for a Case 3:08-cv-02705-JSW*

<u>*Electronic Mail Notice List*</u>**:**

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com
- **Mary J. Hackett**
  mhackett@reedsmith.com,rkromka@reedsmith.com
- **Derek G. Howard**
  dhoward@murrayhowardlaw.com,gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com,syundt@murrayhowardlaw.com,aromero@murrayhowardlaw.com
- **Niall Padraic McCarthy**
  nmccarthy@cpmlegal.com,dkelley@cpmlegal.com,lschlichtmann@cpmlegal.com,jberger@cpmlegal.com,amurphy@cpmlegal.com,lchampion@cpmlegal.com,imartinez@cpmlegal.com,abanis@cpmlegal.com,mbrown@cpmlegal.com
- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,dhoward@murrayhowardlaw.com,aarnall@murrayhowardlaw.com,aromero@murrayhowardlaw.com
- **David S. Reidy**
  dreidy@reedsmith.com,vfedoroff@reedsmith.com,lvkampa@reedsmith.com
- **Sharon L. Rusnak**
  srusnak@reedsmith.com
- **Laura Elizabeth Schlichtmann**
  lschlichtmann@cpmlegal.com,mbrown@cpmlegal.com

*<u>Via Federal Express Overnight Delivery</u>***:**

Honorable Jeffrey S. White
United States District Court
450 Golden Gate Avenue
Courtroom 2 17th Floor
San Francisco, 94102

*<u>Via First Class, U.S. Mail:</u>*

**Mary J. Hackett**
**Sharon L. Rusnak**
**David J. Bird**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**CERTIFICATE OF SERVICE**
**Case No. 08-2705 JSW**
-2-