UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                            Plaintiff(s),           Case No.

                                                 ADR CERTIFICATION BY PARTIES
                                                 AND COUNSEL
       v.

                         Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                        _____
                                                                  [Party]

Dated: _____                                      _____
                                                                 [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

| | |
|---|---|
| 1 | Gilmur R. Murray (SBN 111856) |
| | gmurray@murrayhowardlaw.com |
| 2 | Derek G. Howard (SBN 118082) |
| | dhoward@murrayhowardlaw.com |
| 3 | **MURRAY & HOWARD, LLP** |
| | 436 14th Street, Suite 1413 |
| 4 | Oakland, California 94612 |
| | Telephone:   (510) 444-2660 |
| 5 | Facsimile:    (510) 444-2522 |
| 6 | |
| | Joseph W. Cotchett (SBN 36324) |
| 7 | jcotchett@cpmlegal.com |
| | Niall P. McCarthy (SBN 160175) |
| 8 | nmccarthy@cpmlegal.com |
| | Laura Schlichtmann (SBN 169699) |
| 9 | lschlichtmann@cpmlegal.com |
| | **COTCHETT, PITRE & MCCARTHY** |
| 10 | 840 Malcolm Road, Suite 200 |
| | Burlingame, California 94010 |
| 11 | Telephone:   (650) 697-6000 |
| 12 | Facsimile:    (650) 697-0577 |

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and BANK OF AMERICA CORPORATION<br><br>Defendants. | Case No. 08-2705 JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Jeffery S. White |

**CERTIFICATE OF SERVICE:**

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is MURRAY & HOWARD LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

  **XX**   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at Oakland, California.

  **XX**   **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 22, 2008 at Oakland, California.

/s/ Amanda L. Arnall
Amanda L. Arnall

---

**CERTIFICATE OF SERVICE**
**Case No. 08-2705 JSW**

*Mailing Information for a Case 3:08-cv-02705-JSW*

*Electronic Mail Notice List*:

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com
- **Mary J. Hackett**
  mhackett@reedsmith.com,rkromka@reedsmith.com
- **Derek G. Howard**
  dhoward@murrayhowardlaw.com,gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com,syundt@murrayhowardlaw.com,aromero@murrayhowardlaw.com
- **Niall Padraic McCarthy**
  nmccarthy@cpmlegal.com,dkelley@cpmlegal.com,lschlichtmann@cpmlegal.com,jberger@cpmlegal.com,amurphy@cpmlegal.com,lchampion@cpmlegal.com,imartinez@cpmlegal.com,abanis@cpmlegal.com,mbrown@cpmlegal.com
- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,dhoward@murrayhowardlaw.com,aarnall@murrayhowardlaw.com,aromero@murrayhowardlaw.com
- **David S. Reidy**
  dreidy@reedsmith.com,vfedoroff@reedsmith.com,lvkampa@reedsmith.com
- **Sharon L. Rusnak**
  srusnak@reedsmith.com
- **Laura Elizabeth Schlichtmann**
  lschlichtmann@cpmlegal.com,mbrown@cpmlegal.com

*Via Federal Express Overnight Delivery*:

Honorable Jeffrey S. White
United States District Court
450 Golden Gate Avenue
Courtroom 2 17th Floor
San Francisco, 94102

*Via First Class, U.S. Mail:*

**Mary J. Hackett**
**Sharon L. Rusnak**
**David J. Bird**
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**CERTIFICATE OF SERVICE**
**Case No. 08-2705 JSW**
-2-