1  GILMUR R. MURRAY (SBN #111856)
   DEREK G. HOWARD (SBN #118082)
2  SCOTT J. YUNDT (SBN #242595)
   **MURRAY & HOWARD, LLP**
3  436 - 14th Street, Suite 1413
   Oakland, CA  94612
4  Telephone:  (510) 444-2660
   Facsimile:  (510) 444-2522
5  gmurray@murrayhowardlaw.com
   dhoward@murrayhowardlaw.com
6  syundt@murrayhowardlaw.com

7  NIALL P. McCARTHY (SBN #160175)
   LAURA SCHLICHTMANN (SBN #169699)
8  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
9  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
10 Telephone:  (650) 697-6000
   Facsimile:  (650) 697-0577
11 nmccarthy@cpmlegal.com
   lschlichtmann@cpmlegal.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLEN STOODY-BROSER**, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.**, and **BANK OF AMERICA CORPORATION**,<br><br>Defendants. | No. CV 08-2705 JSW<br><br>**CLASS ACTION**<br><br>**UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS; STIPULATION; [Proposed] ORDER**<br><br>Date:     October 31, 2008<br>Time:    9:00 a.m.<br>Place:   Courtroom 2, 17th Floor<br>Honorable Jeffrey S. White |

1      Pursuant to Civil Local Rule 7-11 and the parties' stipulation, which is attached, Plaintiff Ellen Stoody-Broser hereby submits this unopposed administrative motion for leave to file a Memorandum of Points and Authorities ("brief") in opposition to Defendants' pending motion to dismiss of not more than 20 pages in length. Plaintiff's brief is due by September 5, 2008.

     This Court's Civil Standing Orders generally limit briefs in support of or opposition to most motions, including the pending motion, to 15 pages (exclusive of title pages, tables of contents and authorities, exhibits, and summaries of argument, if required). Plaintiff respectfully submits that good cause exists to allow a longer brief in this instance.

     First, Defendants' brief in support of their motion was 17 pages long, pursuant to Plaintiff's agreement and the Court's approval. Second, the issue involved in Defendants' motion is a matter of first impression in this jurisdiction: whether the Securities Litigation Uniform Standards Act of 1998 ("SLUSA") precludes a class action asserting state-law claims of breach of trust predicated on the factual pattern alleged in Plaintiff's complaint. Third, Defendants raise a number of arguments and rely on a number of recent decisions from other jurisdictions, all of which require adequate factual and legal analysis by way of response. Finally, Defendants' counsel has agreed to the requested page length (see attached stipulation), and this administrative motion is therefore unopposed.

     For the foregoing reasons, Plaintiff respectfully requests that the Court grant her leave to file a brief in opposition to Defendants' pending motion to dismiss of not more than 20 pages (of text, excluding the summary of argument) in length.

Respectfully submitted,

DATED: August 28, 2008     COTCHETT, PITRE & McCARTHY

MURRAY & HOWARD, LLP


By: _____/s/_____
     Laura Schlichtmann
Attorneys for Plaintiff Ellen Stoody-Broser

---

**UNOPPOSED ADMIN. MTN. FOR LEAVE TO FILE OVERLENGTH BRIEF ISO PLAINTIFF'S OPP. TO MTN. TO DISMISS; STIP.; [Proposed] ORDER**, Case No. CV 08-2705 JSW     1

# EXHIBIT A

GILMUR R. MURRAY (SBN #111856)
DEREK G. HOWARD (SBN #118082)
SCOTT J. YUNDT (SBN #242595)
**MURRAY & HOWARD, LLP**
436 - 14th Street, Suite 1413
Oakland, CA 94612
Telephone: (510) 444-2660
Facsimile: (510) 444-2522
gmurray@murrayhowardlaw.com
dhoward@murrayhowardlaw.com
syundt@murrayhowardlaw.com

NIALL P. McCARTHY (SBN #160175)
LAURA SCHLICHTMANN (SBN #169699)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
nmccarthy@cpmlegal.com
lschlichtmann@cpmlegal.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLEN STOODY-BROSER**, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.**, and **BANK OF AMERICA CORPORATION**,<br><br>Defendants. | No. CV 08-2705 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING PLAINTIFF'S FILING OF OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date: October 31, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Honorable Jeffrey S. White |

1 | Whereas Defendants have filed a motion to dismiss Plaintiff's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, arguing that the Securities Litigation Uniform Standards Act of 1998 ("SLUSA") precludes a class action asserting state-law claims of breach of trust predicated on the factual pattern alleged in Plaintiff's complaint;

Whereas Plaintiff's opposition is due by September 5, 2008;

Whereas this Court's Civil Standing Orders generally limit briefs in support of or opposition to most motions, including the pending motion, to 15 pages (exclusive of title pages, tables of contents and authorities, exhibits, and summaries of argument, if required);

Whereas Defendants' brief in support of their motion was 17 pages long, pursuant to Plaintiff's agreement, Defendants' administrative motion filed in accordance with Civil Local Rule 7-11, and the Court's approval; and

Whereas Plaintiff has asked Defendants' counsel to agree to a 20-page length for Plaintiff's opposition brief (exclusive of the caption, tables of contents and authorities, any exhibits, and a summary of argument), and Defendants' counsel has agreed to the request;

Now, therefore, pursuant to Civil Local Rule 6-2, the parties, through their undersigned counsel, hereby stipulate that Plaintiff may file an opposition brief of no more than 20 pages of text (exclusive of a summary of argument), subject to the Court's approval.

IT IS SO STIPULATED.

Dated: August 28, 2008                COTCHETT, PITRE & McCARTHY
                                      MURRAY & HOWARD, LLP


                                      By:      /s/
                                          Laura Schlichtmann
                                      Attorneys for Plaintiff and the Class

Dated:  August 28, 2008               REED SMITH LLP


                                      By:      /s/
                                          David S. Reidy
                                      Attorneys for Defendants Bank of America, N.A.,
                                      and Bank of America Corp.

---

**STIP. re: PLAINTIFF'S FILING OF OVERLENGTH BRIEF ISO PLAINTIFF'S OPP. TO MTN. TO DISMISS**, Case No. CV 08-2705 JSW    1

# EXHIBIT B

|||
|---|---|
| 1 | GILMUR R. MURRAY (SBN #111856) |
| | DEREK G. HOWARD (SBN #118082) |
| 2 | SCOTT J. YUNDT (SBN #242595) |
| | **MURRAY & HOWARD, LLP** |
| 3 | 436 - 14th Street, Suite 1413 |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 444-2660 |
| | Facsimile: (510) 444-2522 |
| 5 | gmurray@murrayhowardlaw.com |
| | dhoward@murrayhowardlaw.com |
| 6 | syundt@murrayhowardlaw.com |

NIALL P. McCARTHY (SBN #160175)
LAURA SCHLICHTMANN (SBN #169699)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
nmccarthy@cpmlegal.com
lschlichtmann@cpmlegal.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELLEN STOODY-BROSER**, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.**, and **BANK OF AMERICA CORPORATION**,<br><br>Defendants. | No. CV 08-2705 JSW<br><br>**CLASS ACTION**<br><br>**[Proposed] ORDER APPROVING UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date:     October 31, 2008<br>Time:    9:00 a.m.<br>Place:    Courtroom 2, 17th Floor<br>Honorable Jeffrey S. White |

---

**[Proposed] ORDER APPROVING UNOPPOSED ADMIN. MTN. FOR LEAVE TO FILE OVERLENGTH BRIEF ISO PLTF'S OPP. TO MTN. TO DISMISS**, Case No. CV 08-2705 JSW

1    The Court having reviewed Plaintiff's Unopposed Administrative Motion for Leave to
2 File Overlength Brief in Support of Plaintiff's Opposition to Motion to Dismiss, requesting leave
3 of Court to file an opposition brief of not more than twenty pages of text (excluding the summary
4 of argument), the reasons provided by Plaintiff in support of her administrative motion, and the
5 parties' stipulation, and finding good cause for Plaintiff's motion,

6    **THE COURT HEREBY ORDERS** that Plaintiff may file a brief of not more than
7 twenty page of text, excluding the summary of argument, in opposition to Defendants' pending
8 motion to dismiss.

9    **IT IS SO ORDERED.**

11  DATED: _____

_____
Hon. Jeffrey S. White
United States District Judge