GILMUR R. MURRAY (SBN #111856)
DEREK G. HOWARD (SBN #118082)
SCOTT J. YUNDT (SBN #242595)
**MURRAY & HOWARD, LLP**
436 - 14th Street, Suite 1413
Oakland, CA  94612
Telephone:  (510) 444-2660
Facsimile:  (510) 444-2522
gmurray@murrayhowardlaw.com
dhoward@murrayhowardlaw.com
syundt@murrayhowardlaw.com

NIALL P. McCARTHY (SBN #160175)
LAURA SCHLICHTMANN (SBN #169699)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
nmccarthy@cpmlegal.com
lschlichtmann@cpmlegal.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ELLEN STOODY-BROSER**, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**BANK OF AMERICA, N.A.**, and **BANK OF AMERICA CORPORATION**,<br><br>        Defendants. | No. CV 08-2705 JSW<br><br>**CLASS ACTION**<br><br>[Proposed] ORDER APPROVING UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS<br><br>Date:          October 31, 2008<br>Time:          9:00 a.m.<br>Place:          Courtroom 2, 17th Floor<br>Honorable Jeffrey S. White |

The Court having reviewed Plaintiff's Unopposed Administrative Motion for Leave to File Overlength Brief in Support of Plaintiff's Opposition to Motion to Dismiss, requesting leave of Court to file an opposition brief of not more than twenty pages of text (excluding the summary of argument), the reasons provided by Plaintiff in support of her administrative motion, and the parties' stipulation, and finding good cause for Plaintiff's motion,

**THE COURT HEREBY ORDERS** that Plaintiff may file a brief of not more than twenty page of text, excluding the summary of argument, in opposition to Defendants' pending motion to dismiss.

**IT IS SO ORDERED.**

August 29, 2008
DATED: _____

_____
Hon. Jeffrey S. White
United States District Judge