James C. Martin (SBN 83719)
jcmartin@reedsmith.com
Mary J. Hackett (*appearing pro hac vice*)
mhackett@reedsmith.com
Sharon L. Rusnak (*appearing pro hac vice*)
srusnak@reedsmith.com
David. J. Bird (*pro hac vice application pending*)
dbird@reedsmith.com
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone:    (412) 288-3131
Facsimile:    (412) 288-3063

David S. Reidy (SBN 225904)
dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated, <br><br>     *Plaintiff*, <br><br> v. <br><br> BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION, <br><br>     *Defendants*. | Case No. CV 08 2705 JSW <br><br> **CORPORATE DISCLOSURE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS BANK OF AMERICA, N.A., AND BANK OF AMERICA CORPORATION [FED. R. CIV. PROC. 7.1; CIV. L.R. 3-16]** <br><br> Compl. Filed: March 29, 2008 <br> Trial Date:    None <br><br> *Honorable Jeffrey S. White* |

## I.    CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Bank of America, N.A., and Bank of America Corporation, hereby disclose as follows:

1.    Defendant Bank of America Corporation is a publicly traded company; it has no parent company; and there is no publicly held corporation that owns ten percent (10%) or more of Bank of America Corporation.

2.    The parent company of defendant Bank of America, N.A., is N.B. Holdings Corporation, a wholly owned subsidiary of Bank of America Corporation.

## II.    CERTIFICATE OF INTERESTED ENTITIES/PERSONS

Pursuant to Civil L.R. 3-16, defendants Bank of America, N.A., and Bank of America Corporation, hereby certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Plaintiff Ellen Stoody-Broser;

2.    Bank of America, N.A.;

3.    Bank of America Corporation.


DATED:  September 2, 2008                    REED SMITH LLP


By /s/_____
     Mary J. Hackett
     David S. Reidy
     Attorneys for Defendants
     Bank of America, N.A., and
     Bank of America Corporation

CORPORATE DISCLOSURE & CERTIFICATE OF INTERESTED PARTIES

REED SMITH LLP
A limited liability partnership formed in the State of Delaware