IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 08-02705 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE** |

      This matter has set for a hearing on October 31, 2008 on Defendants' motion to dismiss. The reply brief remains due by no later than October 3, 2008.

      On September 8, 2008, Defendants filed a motion to stay and set the hearing on October 31, 2008, now a closed date on this Court's calendar. Therefore, the Court VACATES the hearing date of October 31, 2008 and RESETS both motions to be heard on November 14, 2008 at 9:00 a.m. The opposition to the motion to stay shall be filed no later than September 26, 2008 and a reply shall be filed no later than October 3, 2008.

///
///
///
///
///
///
///

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated:   September 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE