**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ELLEN STOODY-BROSER,

10          Plaintiff,                           No. C 08-02705 JSW

11      v.

12   BANK OF AMERICA, N.A. and BANK OF          **ORDER SETTING BRIEFING**
     AMERICA CORPORATION,                        **SCHEDULE AND CONTINUING**
13                                               **HEARING ON MOTIONS**
             Defendants.
14   _____/

15

16          This matter has set for a hearing on November 14, 2008 on Defendants' motion to

17   dismiss and Defendants' motion to stay this action pending a ruling on the motion to dismiss.

18   On November 10, 2008, Defendants filed a motion to stay this Court's ruling on the motion to

19   dismiss, for leave to take limited discovery, and to amend its motion to dismiss and noticed it to

20   be heard on January 31, 2009.  The Court HEREBY CONTINUES the hearing on Defendants'

21   motion to dismiss and Defendants' motion to stay this action pending a ruling on the motion to

22   dismiss to January 31, 2009 at 9:00 a.m.

23          The opposition to Defendants' motion filed on November 10, 2008 shall be filed no later

24   than November 25, 2008 and a reply shall be filed no later than December 5, 2008.

25          If the Court determines that the matter is suitable for resolution without oral argument, it

26   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

27   ///

28   ///

1  schedule, they may submit for the Court's consideration a stipulation and proposed order

2  demonstrating good cause for any modification requested.

3       **IT IS SO ORDERED.**

4

5  Dated:   November 10, 2008

6                      JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2