IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN STOODY-BROSER,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,

    Defendants.

No. C 08-02705 JSW

**ORDER OF REFERRAL**

    Pursuant to Local Rule 72-1, the motion to quash the subpoena and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the new date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: December 1, 2008

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

cc: Wings Hom