IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, | No. C 08-2705 JSW (WDB) |
| Plaintiff, | **ORDER RE DEFENDANTS' MOTION FOR EXTENSION OF TIME** |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendant. | |

Having considered the parties' submissions on Defendants' Request to Deny Plaintiff's Motion for Protective Order as Moot, or, in the Alternative, Motion for Extension of Time to Respond to Plaintiff's Motion for Protective Order (docket no. 81), the Court extends the deadline by which Defendants must file an opposition to Plaintiff's Motion for Protective Order to Monday, April 6, 2009. Plaintiff's reply brief on the Motion for Protective Order must be filed no later than Monday, April 13, 2009. Defendant's request to deny Plaintiff's motion as moot is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: March 30, 2009

WAYNE D. BRAZIL
United States Magistrate Judge