James C. Martin (SBN 83719)
jcmartin@reedsmith.com
Mary J. Hackett (*appearing pro hac vice*)
mhackett@reedsmith.com
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

David S. Reidy (SBN 225904)
dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendants
Bank of America, N.A. and
Bank of America Corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated,

*Plaintiff*,

v.

BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,

*Defendants*.

Case No. CV 08 2705 JSW

DECLARATION OF K. ISSAC DEVYVER IN SUPPORT OF DEFENDANTS' AMENDED MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Date: May 15, 2009
Time: 9:00 a.m.
Place: Courtroom 2, 17th Floor
Compl. Filed: May 29, 2008
Trial Date: None

*Honorable Jeffrey S. White*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

I, K. Issac deVyver, hereby declare the following to be true and correct based upon my personal knowledge or upon information and belief:

1. I am a lawyer with the law firm of Reed Smith, LLP, counsel for Defendants Bank of America, N.A. and Bank of America Corporation in this action.

2. The procedural facts outlined in Defendants' argument for dismissal based upon forum shopping regarding the various actions Plaintiff's counsel and the members of the Consortium (as that term is defined in Defendants' Amended Motion to Dismiss Plaintiff's Complaint and Memorandum of Points and Authorities in Support Thereof) have filed against Defendants and other banks are true and correct based upon my personal knowledge or upon information provided to me.

3. Attached to Defendants' Amended Motion to Dismiss Plaintiff's Complaint and Memorandum of Points and Authorities in Support Thereof are true and correct copies of the documents set forth below. Exhibits 1 and 44 are true and correct copies of charts prepared by me or by others at my direction; Exhibits 3 and 5 are true and correct copies of excerpts from hearing transcripts; Exhibits 2, 4, 7-13, 18, 19 and 39 are true and correct copies of Court records and/or discovery responses; Exhibits 16, 17 and 43 are true and correct copies of correspondence exchanged between the counsel for the parties in this case; and Exhibits 6, 14-15, 20-38, 40-42 and 45 are true and correct copies of documents produced in discovery in this case, either by Plaintiff's counsel or a member of the Consortium.

| | |
|---|---|
| **Exhibit 1** | Chart Identifying Cases Brought By Consortium, Plaintiffs' Counsel and Others |
| **Exhibit 2** | *Williams v. Bank of America, N.A.* Dismissal Order |
| **Exhibit 3** | Excerpt from *Siepel v. Bank of America, N.A.* and *Kutten v. Bank of America, N.A.* Dismissal Hearing |
| **Exhibit 4** | *Luleff v. Bank of America, N.A.* Complaint |
| **Exhibit 5** | Excerpt from *Williams v. Bank of America, N.A.*, March 24, 2008 Hearing |
| **Exhibit 6** | January 31, 2008 Greenfield and Howard E-mail |
| **Exhibit 7** | *Martinez v. Bank of America, N.A.* Complaint |

| | |
|---|---|
| **Exhibit 8** | *Martinez v. Bank of America, N.A.* Amended Complaint |
| **Exhibit 9** | *Kutten v. Bank of America, N.A* Order Awarding Fees and Costs |
| **Exhibit 10** | Murray Declaration in *Kutten v. Bank of America, N.A.* |
| **Exhibit 11** | McCarthy Declaration in *Kutten v. Bank of America, N.A.* |
| **Exhibit 12** | *Kutten v. Bank of America, N.A.* Order Denying Reconsideration |
| **Exhibit 13** | Objections of Greenfield & Goodman to Subpoena in *Kutten v. Bank of America, N.A.* |
| **Exhibit 14** | February 28, 2009 Cobrinik and Howard E-mail |
| **Exhibit 15** | Various E-mails Showing Sharing Pleadings and Other Documents |
| **Exhibit 16** | January 27, 2009 Cotchett, Pitre & McCarthy Letter |
| **Exhibit 17** | February 18, 2009 Cotchett, Pitre & McCarthy Letter |
| **Exhibit 18** | Plaintiffs' Counsel's Objections and Responses to Subpoenas and Privilege Logs |
| **Exhibit 19** | Consortium's Subpoena Responses |
| **Exhibit 20** | December 19, 2007 Howard and Greenfield E-mail |
| **Exhibit 21** | March 7, 2007 Hamburg and Howard E-mail |
| **Exhibit 22** | April 25, 2007 Hamburg and Howard E-mail |
| **Exhibit 23** | May 8, 2007 Howard and Greenfield E-mail |
| **Exhibit 24** | April 27, 2007 Hamburg and Howard E-mail |
| **Exhibit 25** | February 28, 2008 Hamburg and Murray & Howard E-mail |
| **Exhibit 26** | March 14, 2008 Cobrinik and Howard E-mail |
| **Exhibit 27** | April 28, 2008 Greenfield and Howard E-mail |
| **Exhibit 28** | July 15, 2008 Howard and Greenfield E-mail |
| **Exhibit 29** | May 28, 2008 Greenfield and Howard E-mail |
| **Exhibit 30** | Various E-mails Sharing Depositions and Hearing Transcripts, and Draft Pleadings |
| **Exhibit 31** | November 16, 2006 Greenfield and Howard E-mail |
| **Exhibit 32** | April 13, 2007 Hamburg and Howard E-mail |
| **Exhibit 33** | March 7, 2007 Hamburg and Howard E-mail |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| **Exhibit 34** | March 13, 2007 Hamburg, Greenfield, Howard and Fishbein E-mail |
| **Exhibit 35** | April 7, 2008 Cobrinik and Howard E-mail |
| **Exhibit 36** | September 18, 2006 Greenfield and Howard E-mail |
| **Exhibit 37** | E-mails Reflecting Consortium Meetings |
| **Exhibit 38** | E-mails Reflecting Consortium Exchanges and Discussions |
| **Exhibit 39** | February 18, 2009 Cobrinik Letter Responding to Subpoena |
| **Exhibit 40** | April 14, 2008 Howard and Cobrinik E-mail |
| **Exhibit 41** | April 22, 2008 Howard and Cobrinik E-mail |
| **Exhibit 42** | April 24, 2008 Howard and Greenfield E-mail |
| **Exhibit 43** | February 12 & March 3, 2009 Letters from the Bank Counsel Requesting Missing Attachments to E-mails |
| **Exhibit 44** | Comparison of *Stoody-Broser v. Bank of America, N.A.* Complaint and *Luleff v. Bank of America, N.A.* Second Amended Complaint |
| **Exhibit 45** | July 14, 2008 Greenfield and Murray E-mail |

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this day, April 3, 2009, in Pittsburgh, Pennsylvania.

By /s/K. Issac deVyver
K. Issac deVyver

REED SMITH LLP
A limited liability partnership formed in the State of Delaware