IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, | |
| Plaintiff, | No. C 08-02705 JSW |
| v. | |
| BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION, | **ORDER SETTING BRIEFING SCHEDULE ON AMENDED MOTION TO DISMISS** |
| Defendants. | |

This matter has been set for a hearing on May 15, 2009 on Defendants' amended motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed no later than April 17, 2009 and a reply shall be filed no later than April 24, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 3, 2009

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE