UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLEN STOODY-BROSER,
on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., and BANK OF AMERICA CORP.

    Defendants.

No. C 08 - 2705 JSW

ORDER DENYING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS

    The Court hereby DENIES plaintiffs' motion for a protective order and for sanctions.

    Plaintiffs' motion for sanctions violates Civil Local Rule 7-8.

    Neither counsel for plaintiffs nor counsel for defendants appear to understand or to have complied with Civil Local Rule 1-5(n).

    Plaintiffs' papers fail to demonstrate, by a considerable margin, that there is sufficient justification for seeking judicial intervention. None will be forthcoming.

    IT IS SO ORDERED.

Dated: April 22, 2009.

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: JSW
All parties,
WDB, Stats

1