IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN STOODY-BROSER,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,

    Defendants.

No. C 08-02705 JSW

**JUDGMENT**

    Pursuant to the Court's Order granting Defendants' motion to dismiss, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 25, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE