David C. Powell (SBN 129781)
dpowell@reedsmith.com
David S. Reidy (SBN 225904)
dreidy@reedsmith.com
**REED SMITH LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Mary J. Hackett (*appearing pro hac vice*)
mhackett@reedsmith.com
Sharon L. Rusnak (*appearing pro hac vice*)
srusnak@reedsmith.com
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA  15222
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>    *Defendants*. | Case No. CV 08 2705 JSW<br><br>**JOINT STIPULATION TO STAY DISCOVERY AND ORDER**<br><br>Compl. Filed:  May 29, 2008<br>Trial Date:      None<br><br>*Honorable Jeffrey S. White* |

Plaintiff Ellen Stoody-Broser and Defendants Bank of America, N.A. and Bank of America Corporation, for good cause, respectfully file this joint stipulation for a stay of discovery and proposed order.

1.  Defendants moved to dismiss Plaintiff's initial Complaint as preempted by the Securities Litigation Uniform Standards Act ("SLUSA"), 15 U.S.C. § 78bb(f).  In addition to SLUSA, Defendants moved to dismiss on the grounds that Plaintiff and her counsel engaged in forum shopping.  On August 25, 2009, this Court dismissed Plaintiff's Complaint holding that SLUSA preempted the state law claims.  *See Stoody-Broser v. Bank of America, N.A.*, No. 08-02705, 2009 WL 2707393 (N.D. Cal., Aug. 25, 2009).  Plaintiff appealed.

2.  On June 6, 2011, in an unpublished decision, the Ninth Circuit affirmed this Court's dismissal on SLUSA grounds but remanded to give Plaintiff an opportunity to amend.  *See Stoody-Broser v. Bank of America, N.A.,* 2011 WL 2181364 (9th Cir. Jun. 6, 2011).  The Ninth Circuit issued the mandate on June 28, 2011 which was filed with this Court on July 7, 2011.  *See* Docket Entry No. 132.

3.  This Court held a Case Management Conference ("CMC") on September 2, 2011.  At the CMC, the parties advised the Court that they would consent to a stay of discovery pending resolution of a motion to dismiss Plaintiff's Amended Complaint.  By minute order entered on September 6, 2011, Plaintiff has until September 16, 2011 to file an Amended Complaint and the parties have until September 9, 2011 to file a Joint Stipulation to stay discovery for the Court's consideration and approval.

4.  The parties in this action respectfully submit that the facts and circumstances warrant an appropriate exercise of the Court's discretion to enter a temporary stay of discovery pending the outcome of Defendants' Motion to Dismiss.

5.  The parties agree that no one will be prejudiced by the temporary stay of discovery requested and that such a stay will avoid the risks of wasting both judicial and party resources.

6.  Accordingly, subject to the Court's approval, Plaintiff Ellen Stoody-Broser and Defendants Bank of America, N.A. and Bank of America Corporation stipulate to a stay of discovery pending resolution of Defendants' motion to dismiss Plaintiff's Amended Complaint.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: September 8, 2011

By    /s/ David C. Powell
David C. Powell (SBN 129781)
David S. Reidy (SBN 225904)
**REED SMITH LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Mary J. Hackett (*appearing pro hac vice*)
Sharon L. Rusnak (*appearing pro hac vice*)
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

*Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation*

By    /s/ Niall P. McCarthy
Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
**COTCHETT PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:(650) 697-6000
Facsimile: (650) 692-3606

Derek G. Howard (SBN 118082)
dhoward@minamitamaki.com
**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, California 94109
Telephone:(415) 788-9000
Facsimile: (415) 398-3887

*Attorneys for Plaintiff and the Class*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Jeffrey S. White
United States District Court Judge

Dated: September 9, 2011

- 4 -