David C. Powell (SBN 129781)
dpowell@reedsmith.com
David S. Reidy (SBN 225904)
dreidy@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Mary J. Hackett (*appearing pro hac vice*)
mhackett@reedsmith.com
Sharon L. Rusnak (*appearing pro hac vice*)
srusnak@reedsmith.com
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

Attorneys for Defendants Bank of America,
N.A. and Bank of America Corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>*Defendants*. | Case No. CV 08 2705 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING PROPOSED BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND FOR OVER-LENGTH BRIEFS<br><br>Compl. Filed: May 29, 2008<br>Trial Date: None<br><br>*Honorable Jeffrey S. White* |

The Court, having reviewed the parties' Joint Stipulation for Extension, Proposed Briefing Schedule and Hearing Date and Request for Over-length Briefs, and having found good cause shown, IT IS SO ORDERED as follows:

(1) The deadline for filing Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum of Points and Authorities in Support is October 24, 2011;

(2) The deadline for filing Plaintiff's Opposition Memorandum is December 21, 2011;

(3) The deadline for filing Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss is January 13, 2012;

(4) The hearing on Defendants' Motion to Dismiss will be held on February 24, 2012, at 9:00 a.m./~~p.m.~~;

(5) Defendants' Memorandum of Points and Authorities in Support of the Motion to Dismiss and Plaintiff's Opposition Memorandum will not exceed 25 pages.

**IT IS SO ORDERED.**

Dated: September 27, 2011

Hon. Jeffrey S. White
United States District Court Judge