**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN STOODY-BROSER,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,

    Defendants.

No. C 08-02705 JSW

**ORDER REQUIRING REDLINE**

    In considering Defendants' motion to dismiss the amended complaint, the Court would be greatly assisted by the submission of a side-by-side comparison of the relevant portions, or a redline version, of the amended complaint, filed on September 16, 2011, and the original complaint, filed on May 29, 2008. Therefore, IT IS HEREBY ORDERED that Plaintiff shall submit such a comparison, preferably a redline version, of the two complaints by no later than 10:00 a.m. on April 27, 2012.

    **IT IS SO ORDERED.**

Dated: April 26, 2012

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE