1  [COUNSEL OF RECORD ON FOLLOWING PAGE]
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated, | Case No. 3:08-cv-02705 JSW |
|---|---|---|
| 12 | | **CLASS ACTION** |
| 13 | *Plaintiff*, | **JOINT STIPULATION FOR EXTENSION OF TIME, PROPOSED BRIEFING SCHEDULE/HEARING DATE FOR DEFENDANT BANK OF AMERICA CORPORATION'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AND [PROPOSED] ORDER AS MODIFIED** |
| 14 | vs. | |
| 15 | BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION, | |
| 16 | | |
| 17 | *Defendants*. | |
| 18 | | Action Filed: May 29, 2008<br>Trial Date: None |
| 19 | | *Honorable Jeffrey S. White* |

20
21
22
23
24
25
26
27
28

1    DEREK G. HOWARD (SBN 118082)      J. BRIAN McTIGUE (SBN 87224)
     dhoward@mandhllp.com      bmctigue@mctiguelaw.com
2    KEVIN R. ALLEN (SBN 237994)      BRYAN T. VEIS (admitted *pro hac vice*)
     kallen@minamitamaki.com      bveis@mctiguelaw.com
3    **MINAMI TAMAKI, LLP**      **McTIGUE & VEIS LLP**
     360 Post Street, 8th Floor      4530 Wisconsin Avenue, NW, Suite 300
4    San Francisco, CA 94108      Washington, DC 20016
     Telephone: (415) 788-9000      Telephone: (202) 364-6900
5    Facsimile: (415) 398-3887      Facsimile: (202) 364-9960

6    NIALL P. McCARTHY (SBN 160175)
     nmccarthy@cpmlegal.com
7    JUSTIN T. BERGER (SBN 250346)
     jberger@cpmlegal.com
8    ERIC J. BUESCHER (SBN 271323)
     ebuescher@cpmlegal.com
9    **COTCHETT, PITRE & McCARTHY, LLP**
     840 Malcolm Road
10   Burlingame, CA 94010
     Telephone: (650) 697-6000
11   Facsimile: (650) 692-3606

12

13   *Attorneys for Plaintiff and the Putative Class*

14   David C. Powell (SBN 129781)
     dpowell@reedsmith.com
15   David S. Reidy (SBN 225904)
     dreidy@reedsmith.com
16   **REED SMITH LLP**
     Two Embarcadero Center, Suite 2000
17   San Francisco, CA 94111-3922
     Telephone: (415) 543-8700
18   Facsimile: (415) 391-8269

19

20   Mary J. Hackett (*appearing pro hac vice*)
     mhackett@reedsmith.com
21   Sharon L. Rusnak (*appearing pro hac vice*)
     srusnak@reedsmith.com
22   **REED SMITH LLP**
     225 Fifth Avenue
23   Pittsburgh, PA 15222
     Telephone: (412) 288-3131
24   Facsimile: (412) 288-3063

25

26   *Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation*

27

28

1  Plaintiff Ellen Stoody-Broser and Defendants Bank of America, N.A. and Bank of America
2  Corporation, for good cause, respectfully file this Joint Stipulation for Extension of Time, Proposed
3  Briefing Schedule/Hearing Date for Defendant Bank of America Corporation's Notice of Motion and
4  Motion for Judgment on the Pleadings and [Proposed] Order and hereby stipulate as follows:

5  WHEREAS, Plaintiff filed her First Amended Complaint (the "FAC") on September 16,
6  2011;

7  WHEREAS, on May 10, 2012, this Court denied Defendants' Motion to Dismiss brought
8  under F.R.Civ.P. 12(b)(6), *see* Dkt. No. 160;

9  WHEREAS, Defendants filed their respective Answers and Affirmative Defenses on June
10  13, 2012, *see* Dkt. Nos. 164-65;

11  WHEREAS, Defendant Bank of America Corporation filed a Motion for Judgment on the
12  Pleadings pursuant to F.R.Civ.P. 12(c) on June 13, 2012, *see* Dkt. No. 166; and,

13  WHEREAS, subject to the Court's approval, the parties submit the following briefing
14  schedule in conjunction with Defendant Bank of America Corporation's Motion for Judgment on the
15  Pleadings:

- Plaintiff's opposition brief is currently due on or before June 27, 2012;
- Defendant Bank of America Corporation's reply brief is due on or July 3, 2012; and,
- The Hearing on Defendant Bank of America Corporation's Motion for Judgment on the Pleadings is currently scheduled for August 24, 2012 at 9:00 AM.

IT IS HEREBY **STIPULATED** BY ALL PARTIES HERETO that:

The parties hereby stipulate that, subject to the Court's approval, the foregoing briefing schedule shall be modified as follows:

- Plaintiff's opposition brief shall be due on or before July 27, 2012; and,
- Defendant Bank of America Corporation's reply brief shall be due on or before August 10, 2012; and,
- The August 24, 2012 hearing date on Defendant Bank of America Corporation's Motion for Judgment on the Pleadings shall remain unchanged.

**IT IS SO STIPULATED.**

DATED:  June 25, 2012          By:     /s/ David C. Powell
                                       David C. Powell
                                       David S. Reidy
                                       Mary J. Hackett
                                       Sharon L. Rusnak
                                       **REED SMITH LLP**

                                       *Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation*

                               By:     /s/ DEREK G. HOWARD
                                       DEREK G. HOWARD
                                       KEVIN R. ALLEN
                                       **MINAMI TAMAKI, LLP**

                                       NIALL P. McCARTHY
                                       JUSTIN T. BERGER
                                       ERIC J. BUESCHER
                                       **COTCHETT PITRE & McCARTHY, LLP**

                                       BRYAN T. VEIS
                                       J. BRIAN McTIGUE
                                       **McTIGUE & VEIS LLP**

                                       *Attorneys for Plaintiff and the Class*

1  **GENERAL ORDER 45 ATTESTATION**

2  I, DEREK G. HOWARD, am the ECF User whose ID and password are being used to file

3  this Joint Stipulation for Extension of Time, Proposed Briefing Schedule/Hearing Date for

4  Defendant Bank of America Corporation's Notice of Motion And Motion For Judgment on the

5  Pleadings and [Proposed] Order in compliance with General Order 45, X.B., I hereby attest that

6  Defendants' counsel, Sharon L. Rusnak, has concurred in this filing.

8  DATED: June 25, 2012         By:    /s/ DEREK G. HOWARD
                                        DEREK G. HOWARD
9                                       KEVIN R. ALLEN
                                        **MINAMI TAMAKI, LLP**

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that:

The Court hereby adopts the parties' proposed briefing schedule regarding Defendant Bank of America Corporation's Motion for Judgment on the Pleadings (*see* Dkt. No. 166) as follows:

- Plaintiff's opposition brief shall be due on or before July 27, 2012; and,
- Defendant Bank of America Corporation's reply brief shall be due on or before August 10, 2012; and,
- The August 24, 2012 hearing date on Defendant Bank of America Corporation's Motion for Judgment on the Pleadings shall be continued to September 7, 2012 at 9:00 a.m. ~~remain unchanged~~.

IT IS SO **ORDERED**.

DATED: June 27, 2012

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE