IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 08-02705 JSW<br><br>**ORDER VACATING EARLIER REFERRAL AND REFERRING MATTER TO RANDOMLY-ASSIGNED MAGISTRATE JUDGE** |

    On December 1, 2008, this matter was referred to Magistrate Judge Brazil for all discovery disputes. As he has since retired, the Court VACATES that referral order. Again, pursuant to Local Rule 72-1, all discovery disputes in this matter are HEREBY REFERRED to another randomly assigned magistrate judge for resolution. The parties will be advised of the new date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: March 1, 2013

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk