United States District Court

For the Northern District of California

1

2                          IN THE UNITED STATES DISTRICT COURT

3                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   Stoody-Broser,                                    No. CV08-02705 JSW

6                  Plaintiff,

7        v.                                           **ORDER SCHEDULING TRIAL AND
                                                         PRETRIAL MATTERS**
8   Bank of America, N.A.,

9                  Defendant.

10   ————————————————————/

11

12        Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13   Management Statement is adopted, except as expressly modified by this Order.  It is further

14   ORDERED that:

15        **A.     DATES**

16   Jury Trial Date:  8/18/2014, at 8:00 a.m., 15 days

17   Jury Selection: 8/13/2013, at 8:00 a.m.

18   Pretrial Conference:  Monday, 7/28/2014, at 2:00 p.m.

19   Last Day to Hear Dispositive Motions:  Friday, 5/30/2014, 9:00 a.m.

20   Last Day for Expert Discovery:  5/30/2014

21   Last Day for Expert Disclosure: 4/15/2014

22   Close of Non-expert Discovery: 3/28/2014

23   Close of Expert Discovery re: Class Certification: 10/18/2013

24   Motion for Class Certification: 12/13/2013, 9:00 a.m.

25        **B.     DISCOVERY**

26        The parties are reminded that a failure voluntarily to disclose information pursuant to

27   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

28

pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

### C.    PROCEDURE FOR AMENDING THIS ORDER

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause.  If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated:  March 4, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2