UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ELLEN STOODY-BROSER, | No. C 08-02705 JSW (LB) |
| Plaintiff,<br>v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| BANK OF AMERICA, N.A., et al., | |
| Defendants.<br>_____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned. *See* 3/1/2013 Minute Order, ECF No. 204; 3/1/2013 Order, ECF No. 205. The parties shall comply with all applicable requirements in the undersigned's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: March 4, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 08-02705 JSW (LB)
NOTICE OF REFERRAL AND ORDER