| | |
|---|---|
| 1 | Mary J. Hackett (appearing *pro hac vice*) |
|   | mhackett@reedsmith.com |
| 2 | K. Issac deVyver (appearing *pro hac vice*) |
|   | kdevyver@reedsmith.com |
| 3 | Jarrod Shaw (appearing *pro hac vice*) |
|   | jshaw@reedsmith.com |
| 4 | REED SMITH LLP |
|   | 225 Fifth Avenue |
| 5 | Pittsburgh, PA  15222 |
|   | Telephone:     +1 412 288 3131 |
| 6 | Facsimile:      +1 412 288 3063 |
| 7 | Benjamin Spohn (SBN 266746) |
|   | bspohn@reedsmith.com |
| 8 | REED SMITH LLP |
|   | 101 Second Street, Suite 1800 |
| 9 | San Francisco, CA  94105-3659 |
|   | Telephone:     +1 415 543 8700 |
| 10 | Facsimile:      +1 415 391 8269 |
| 11 | Attorneys for Defendant |
|   | Bank of America Corporation |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No.CV 08 2705 JSW<br><br>**STIPULATION FOR DEFENDANTS BANK OF AMERICA, N.A AND BANK OF AMERICA CORPORATION TO FILE AMENDED ANSWERS AND AFFIRMATIVE DEFENSES; [PROPOSED] ORDER**<br><br>Compl. Filed:     May 29, 2008<br>Trial Date:         August 18, 2014<br><br>*Honorable Jeffrey S. White* |

Plaintiff Ellen Stoody-Broser and Defendants Bank of America, N.A. and Bank of America Corporation, with good cause, respectfully file this Joint Stipulation and [Proposed] Order and hereby stipulate as follows:

WHEREAS, on June 13, 2012, Defendants Bank of America, N.A. and Bank of America Corporation filed their respective answers to the amended complaint. (Dkt. Nos. 164 and 165);

WHEREAS, on March 1, 2013, the Court held a Case Management Conference and thereafter issued an Order Scheduling Trial and Pretrial Matters. (Dkt. No. 206);

WHEREAS, Defendants desire to amend their respective answers to include an additional affirmative defense providing that Plaintiff's claims are barred by the doctrines of release and discharge;

WHEREAS, on March 1, 2013, Defendants requested Plaintiff Ellen Stoody-Broser's consent to amend Defendants' Answers to include the above-referenced affirmative defense;

WHEREAS, on March 5, 2013, Plaintiff Ellen-Stoody indicated her willingness to stipulate to the amendment of Defendants' Answers;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Ellen Stoody-Broser, through this stipulation, provides her written consent that Defendants Bank of America, N.A. and Bank of America Corporation may amend their respective Answers to Plaintiff's Amended Complaint to include an additional affirmative defense and related exhibit;

WHEREFORE IT IS HEREBY STIPULATED BY THE PARTIES HERETO that Defendants Bank of America, N.A. and Bank of America Corporation may file amended answers within seven (7) days of the Court's entry of the attached order.

– 2 –

**IT IS SO STIPULATED.**

DATED:  March 14, 2013          **COTCHETT, PITRE & McCARTHY, LLP**

By:      */s/ Eric J. Buescher*
  NIALL P. McCARTHY
  ANNE MARIE MURPHY
  ERIC J. BUESCHER

**MINAMI TAMAKI, LLP**
  DEREK G. HOWARD
  KEVIN R. ALLEN

**McTIGUE LAW LLP**
  J. BRIAN McTIGUE

*Attorneys for Plaintiff and the Putative Class*

**REED SMITH, LLP**

By:   /s/ Mary J. Hackett
  MARY J. HACKETT

*Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation*

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that Defendants Bank of America, N.A. and Bank of America Corporation are granted leave to file their amended answers and shall file the same within seven (7) days of entry of this order.

DATED: ~~March 14, 2013~~ March 18, 2013

*/s/ Jeffrey S. White*

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE