NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE &McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA  94010
Tel:  (650) 697-6000 / Fax:  (650) 692-3606

DEREK G. HOWARD (SBN 118082)
dhoward@mandhllp.com
KEVIN R. ALLEN (SBN 237994)
kallen@minamitamaki.com
**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel:  (415) 788-9000 / Fax:  (415) 398-3887

J. BRIAN McTIGUE (SBN 87224)
bmctigue@mctiguelaw.com
**McTIGUE LAW LLP**
4530 Wisconsin Avenue, NW, Suite 300
Washington, DC  20016
Tel:  (202) 364-6900 / Fax:  (202) 364-9960

*Attorneys for Plaintiffs*

MARY J. HACKETT (appearing *pro hac vice*)
mhackett@reedsmith.com
SHARON L. RUSNAK (appearing *pro hac vice*)
srusnak@reedsmith.com
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA  15222
Tel:  (412) 288-3131 / Fax: (412) 288-3063

DAVID C. POWELL (SBN 129781)
dpowell@reedsmith.com
DAVID S. REIDY (SBN 225904)
dreidy@reedsmith.com
**REED SMITH LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111
Tel:  (415) 543-8700 / Fax:  (415) 391-8269

*Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLEN STOODY-BROSER**, an individual, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BANK OF AMERICA, N.A.** and **BANK OF AMERICA CORPORATION**,<br><br>Defendants. | Case No. 3:08-cv-02705-JSW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS; [~~PROPOSED~~] ORDER**<br><br><u>Hearing on Motion for Judgment on Pleadings</u><br>Date:           June 14, 2013<br>Time:          9:00 a.m.<br>Courtroom:  11<br>Judge:         Hon. Jeffrey S. White |

# JOINT STIPULATION

Plaintiff Ellen Stoody-Broser and Defendants Bank of America Corporation ("BAC") and Bank of America, N.A. ("BANA") (collectively, "Defendants"), for good cause appearing, respectfully file this joint stipulation to amend the briefing schedule on BANA's Federal Rule of Civil Procedure 12(c) Motion for Judgment on the Pleadings ("Motion").

1. BANA filed the Motion on April 23, 2013, *see* Docket No. 215, and noticed the Motion to be heard on June 14, 2013 at 9:00 a.m.

2. Plaintiff's Opposition to the Motion is currently due on May 7, 2013.  See Local Rule 7-3(a).  BANA's Reply in support of the Motion is currently due on May 14, 2013.  See Local Rule 7-3(c).

3. Counsel for Plaintiff, Cotchett Pitre & McCarthy, LLP, is preparing for trial beginning May 14, 2013 in the Central District of California, and has mediation scheduled for the week of May 6, 2013 in another lawsuit.

4. Accordingly, the parties submit that good cause exists for granting Plaintiff a two week extension of time to file her Opposition brief, until May 21, 2013.

5. Counsel for Defendants, Reed Smith LLP, has out of town depositions scheduled the week of May 27, 2013, in addition to the Memorial Day holiday on May 27, 2013.

6. Accordingly, the parties submit that good cause exists for granting Defendant BANA an additional one week extension from the time of Plaintiff's Opposition to file its Reply Brief, until June 4, 2013.

7. Subject to the Court's approval, the parties stipulate to the new deadlines and agree that good cause exists to grant the extension.

/ / /

JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER;
Case No. 3:08-cv-02705-JSW

1

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: April 26, 2013      **COTCHETT, PITRE &McCARTHY, LLP**

By: */s/ Eric J. Buescher*
    NIALL P. McCARTHY
    ANNE MARIE MURPHY
    ERIC J. BUESCHER
    840 Malcolm Road
    Burlingame, CA 94010

    DEREK G. HOWARD
    KEVIN R. ALLEN
    **MINAMI TAMAKI, LLP**
    360 Post Street, 8th Floor
    San Francisco, CA 94108

    J. BRIAN McTIGUE
    **McTIGUE LAW LLP**
    4530 Wisconsin Avenue, NW, Suite 300
    Washington, DC 20016

*Attorneys for Plaintiffs*

Dated: April 26, 2013      **REED SMITH LLP**

By: */s/ Mary J. Hackett*
    MARY J. HACKETT
    SHARON L. RUSNAK
    225 Fifth Avenue
    Pittsburgh, PA 15222

    DAVID C. POWELL
    DAVID S. REIDY
    **REED SMITH LLP**
    Two Embarcadero Center, Suite 2000
    San Francisco, CA 94111

*Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation*

/ / /

1 **[PROPOSED] ORDER**

2 The Court, having reviewed the parties' Stipulation to Amend the Briefing Schedule on

3 Defendant Bank of America, N.A.'s Motion for Judgment on the Pleadings, and having found

4 good cause shown, the Court hereby ORDERS:

5 Plaintiff's Opposition shall be filed on or before May 21, 2013

6 Defendant's Reply shall be filed on or before June 4, 2013

7 Hearing on the motion shall be continued to June 28, 2013 at 9:00 a.m.

8 **IT IS SO ORDERED.**

10 Dated: April 29, 2013

11 HON. JEFFREY S. WHITE
United States District Court Judge

JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER;
Case No. 3:08-cv-02705-JSW

3