IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN STOODY-BROSER,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,

    Defendants.

No. C 08-02705 JSW

**ORDER REQUIRING SUBMISSION OF PETITION**

    Now before the Court is the motion filed by Defendant Bank of America, N.A. for judgment on the pleadings. Presented to the Court is the Order Approving Act of Trustee in Entering into Proposed Settlement Agreement and Approving Settlement Agreement, which was filed on August 27, 2007 ("Agreement"). Defendant contends it is entitled to entry of judgment based on Plaintiff having released her claims in this litigation pursuant to the approved Agreement. The Agreement, of which the Court may take judicial notice, clearly references the Petition for Construction of the Trust ("Petition"), as presented to the Superior Court for the County of Los Angeles during proceedings concerning the Stoody Trust. In order to address the scope of the settled claims, the Court requests that the parties submit the original Petition by no later than June 14, 2013.

    **IT IS SO ORDERED.**

Dated: June 11, 2013

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE