IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN STOODY-BROSER,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,

    Defendants.

No. C 08-02705 JSW

**ORDER VACATING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for judgment on the pleadings which has been noticed for hearing on Friday, June 28, 2013 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: June 24, 2013

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

Case3:08-cv-02705-JSW Document223 Filed06/24/13 Page2 of 2