Mary J. Hackett (appearing *pro hac vice*)
mhackett@reedsmith.com
K. Issac deVyver (appearing *pro hac vice*)
kdevyver@reedsmith.com
Jarrod Shaw (appearing *pro hac vice*)
jshaw@reedsmith.com
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA  15222
Telephone:    +1 412 288 3131
Facsimile:    +1 412 288 3063

Benjamin Spohn (SBN 266746)
bspohn@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Counsel for Defendants
Bank of America, N.A. and
Bank of America Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN STOODY-BROSER, An Individual, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No. CV 08 2705 JSW<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATION OF ADJOURNMENT AND STAY**<br><br>Place:         Courtroom 11, 19th Floor<br>Compl. Filed:  May 29, 2008<br>Trial Date:    August 14, 2014<br><br>*Honorable Jeffrey S. White* |

Plaintiff Ellen Stoody-Broser and Defendants Bank of America, N.A. and Bank of America Corporation, for good cause, respectfully file this joint stipulation to adjourn all pending deadlines and stay the litigation.

1. The Court has entered a Scheduling Order setting various deadlines in this action. *See* Dkt. Nos. 204 & 206.

2. Most immediately, Plaintiff's expert reports regarding class certification and motion for class certification must be filed by August 28, 2013. Defendants' expert reports regarding class certification must be filed by September 28, 2013, and their opposition to class certification must be filed by October 18, 2013.

3. Additionally, currently pending before the Court are Defendant Bank of America Corporation's Motion for Judgment on the Pleadings (Dkt. No. 191) and Defendant Bank of America, N.A.'s Motion for Judgment on the Pleadings (Dkt. No. 215)

4. The parties participated in mediation with Judge Edward Infante on June 18, 2013. Since the initial mediation, the parties have engaged in several follow-up negotiations through Judge Infante.

5. Through mediation, the parties have reached a tentative settlement, which they now need to finalize and document.

6. The parties expect to complete this process by the middle of August, and, if all terms are agreed upon, to submit a motion for preliminary approval of a settlement by August 15, 2013.

7. The parties wish to focus their full efforts on finalizing their settlement of this matter. The deadlines currently set in the action will impede the parties' ability to do so and cause the parties to incur unnecessary costs and expense in light of the potential resolution.

8. Therefore, subject to the Court's approval, the parties stipulate to an adjournment of all pending deadlines and a stay of the litigation, including any decision on the pending motions for judgment on the pleadings.

9. The parties will submit to the Court a written update on the status of their settlement on or before August 15, 2013, including noting the expected filing date for the motion for preliminary approval of a settlement, if not already filed.

CASE NO. CV 08 2705 JSW - 1 -
NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATION OF ADJOURNMENT AND STAY

10. Accordingly, based on the foregoing, good cause exists to adjourn the pending deadlines and stay this case to allow the parties to finalize and consummate a settlement of this case. By adjourning the deadlines and staying the litigation, the parties will be able to focus on settlement and avoid unnecessary expense in further litigating this matter.

**IT IS SO STIPULATED.**

Dated: June 27, 2013

| COTCHETT, PITRE & McCARTHY, LLP | REED SMITH, LLP |
|---|---|
| By: /s/ Eric J. Buescher<br>   NIALL P. McCARTHY<br>   ANNE MARIE MURPHY<br>   ERIC J. BUESCHER<br><br>**MINAMI TAMAKI, LLP**<br>   DEREK G. HOWARD<br>   KEVIN R. ALLEN<br><br>**McTIGUE LAW LLP**<br>   J. BRIAN McTIGUE<br><br>*Counsel for Plaintiff and the Putative Class* | By: /s/ Mary J. Hackett<br>   MARY J. HACKETT<br><br>*Counsel for Defendants Bank of America, N.A. and Bank of America Corporation* |

CASE NO. CV 08 2705 JSW — - 2 -
NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATION OF ADJOURNMENT AND STAY

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** all pending deadlines in this action are adjourned and the litigation is stayed. The parties are ordered to submit to the Court a written update on the status of their settlement on or before August 15, 2013.

DATED: June 28, 2013.

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CASE NO. CV 08 2705 JSW - 3 -
NOTICE OF TENTATIVE SETTLEMENT AND JOINT STIPULATION OF ADJOURNMENT AND STAY